**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **RICKEY L. WINDHAM,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIV-05-763-R |
| **MAJOR URANGA, et al.,** | ) |
| **Defendants.** | ) |

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered August 17, 2005. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and Plaintiff's claims in counts one and three of the Complaint are DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim on which relief can be granted and Plaintiff's claim in count two is DISMISSED without prejudice pursuant to 42 U.S.C. § 1997e(a) for failure to exhaust administrative remedies. In other words, Plaintiff's Complaint in its entirety is DISMISSED without prejudice and this dismissal counts as one "strike" pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 22nd day of September, 2005.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE